United States District Court
Southern District of Texas
**ENTERED**
January 25, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KATHRYN A. WRIGHT and ROBERT WRIGHT | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-15-02603 |
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, and JP MORGAN CHASE BANK, N.A., | § § § § | |
| Defendants. | § § | |

## SECOND AGREED ORDER TO EXTEND DEADLINE
## TO FILE A RESPONSIVE PLEADING

The Second Motion for Agreed Order to Extend Defendant's Deadline to file a Responsive Pleading filed by Defendant JPMorgan Chase Bank, N.A. a/k/a JP Morgan Chase Bank, National Association ("JPMC"), (Docket Entry No. 7), is granted. JPMC has until March 21, 2016 to file an answer or responsive pleading to the plaintiffs' complaint. The parties must submit an initial scheduling report under Federal Rule of Civil Procedure 26(f)(2) by April 4, 2016. The parties will not engage in discovery or any other pretrial activity until after April 4, 2016. The initial pretrial and scheduling conference is reset to **April 11, 2016, at 8:30 a.m.** in Courtroom 11-B.

SIGNED on January 25, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge